tionals or of Japanese origin. We agree with the district court that Preda's resignation letter made him no longer qualified to work for Nissho within the meaning of 38 U.S.C. § 4301(a)(2)(B)(i). We therefore affirm the district court's grant of summary judgment in favor of Nissho on the VRRA claim.

*Conclusion*

The dismissal of the claim under the VRRA is affirmed. The dismissal of the claim under Title VII to the extent predicated on the requirement that Preda sign a confidentiality agreement is also affirmed. To the extent the Title VII claim was dismissed for failure to show other adverse employment action, the judgment is vacated and the case remanded for further proceedings.

Molly S. Boast, LeBoeuf, Lamb, Greene & MacRae, L.L.P., New York City (Stephen H. Orel, Taylor R. Briggs, of counsel) for Defendants–Appellees.

Before: WINTER, Chief Judge,
MESKILL, Circuit Judge, and POLLACK, District Judge.*

PER CURIAM:

J. David Tufts III and the Estate of James D. Tufts II appeal from Judge Keenan's dismissal of their Rule 60(b) action for relief from the judgment in *Roby v. Corporation of Lloyd's*, 824 F.Supp. 336 (S.D.N.Y.1992), *aff'd*, 996 F.2d 1353 (2d Cir.1993). We affirm for substantially the reasons stated by the district court. *See Tufts v. Corporation of Lloyd's*, 1996 WL 533639 (S.D.N.Y. Sept. 19, 1996).

**J. David TUFTS, III; Estate of James D. Tufts, II; Plaintiffs–Appellants,**

**Albert B. Crutcher; Linda Tufts Hebbler, Plaintiffs,**

v.

**The CORPORATION OF LLOYD'S, a/k/a The Society and Council of Lloyd's, d/b/a Lloyd's of London, Defendants–Appellees.**

**No. 215, Docket 96–9262.**

United States Court of Appeals,
Second Circuit.

Argued Oct. 22, 1997.

Decided Nov. 10, 1997.

Steven B. Feigenbaum, Levi & Lubarsky, New York City (Laura Gilbert, of counsel) for Plaintiffs–Appellants.

* The Honorable Milton Pollack, of the United States District Court for the Southern District of

**READING & BATES CORPORATION; Reading & Bates Drilling Co., Petitioners–Appellees,**

v.

**ALL AMERICAN MARINE SLIP, a division of Marine Office of America Corporation, Respondent–Appellant.**

**No. 453, Docket 97–7243.**

United States Court of Appeals,
Second Circuit.

Argued Oct. 21, 1997.

Decided Nov. 10, 1997.

John A.V. Nicoletti, Nicoletti Hornig & Sweeney, New York City (Julia M. Moore, of counsel), for Respondent–Appellant.

New York, sitting by designation.